United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 26, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § <br> § <br> **SMILEDIRECTCLUB, INC.,** *et al.* § <br> § <br> **Debtors.** § <br> § <br> § <br> **SHELIA FATTY, individually and on behalf** § <br> **of all others similarly situated** § <br> § <br> **v.** § <br> § <br> **SMILEDIRECTCLUB, LLC,** *et al.* § <br> § | | Chapter 7 <br> (Previously Chapter 11) <br><br> Case No. 23-90786 (CML) <br><br> (Jointly Administered) <br><br><br><br> Adv. Proc. No. 24-03003 |

**ORDER GRANTING TRUSTEE'S**
**MOTION TO ABATE ADVERSARY PROCEEDING AND DEADLINES**
**(Relates to Docket No. 9)**

The Court has considered the *Motion to Abate Adversary Proceeding and Deadlines* (the "Motion")[1] filed by Allison D. Byman, Chapter 7 Trustee (the "Trustee"), and finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §1334. The Court further finds that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The Court finds that it may enter a final order consistent with Article III of the United States Constitution. The Court finds that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The Court finds that the relief requested in the Motion is in the best interest of the Debtors, the jointly administered bankruptcy estates, the creditors, and other parties in interest. The Court finds that notice of the Motion and opportunity for a hearing on the Motion was appropriate and that no other notice need

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

15272204

be provided. The Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and with sufficient cause appearing therefore, it is **HEREBY ORDERED THAT:**

1. The adversary proceeding, *Fatty v. SmileDirectClub, LLC*, Adv. No. 24-03003 (the "Adversary Proceeding"), is abated and all deadlines in the Adversary Proceeding are tolled until further order of this Court.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: April 26, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

15272204